IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CARROLL L. ERNST**,

**Plaintiff,**

v.

**MIDLAND CREDIT MANAGEMENT INC.,**

**Defendant.**                                                            No. 09-0264-DRH

## ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court for case management. On April 27, 2009, Defendant filed its answer to Plaintiff's complaint (Doc. 8). However, Defendant failed to file the disclosure statement required by **Federal Rule of Civil Procedure 7.1**. Thus, the Court **ORDERS** Defendant to file its disclosure statement on or before May 13, 2009.

**IT IS SO ORDERED.**

Signed this 29th day of April, 2009.

/s/     David R. Herndon
**Chief Judge**
**United States District Court**