IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Carroll L. Ernst, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:09-CV-264-DRH-DGW |
| ) | |
| Midland Credit Management, Inc., a ) | |
| Kansas corporation, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

The parties having entered into a settlement agreement and Plaintiff having filed a stipulation to dismiss this action (Doc. 22), the stipulation of dismissal is hereby approved and this action is dismissed with prejudice. Further, the Court **ORDERS** the Clerk of the Court to enter judgment reflecting the same.

Dated: July 14, 2009

ENTERED:

/s/    *David R Herndon*

Chief Judge
United States District Court